# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**MICHAEL WELLS, #83664**                            **PLAINTIFF**

**VERSUS**                      **CIVIL ACTION NO. 5:08-cv-190-DCB-MTP**

**MARK SHEPHERD AND**
**JANE CAUSEY**                                         **DEFENDANTS**

## ORDER TRANSFERRING CASE TO JACKSON DIVISION

Upon review of the complaint filed pursuant to 42 U.S.C. § 1983, the court finds that this matter should be transferred to the Jackson Division of the United States District Court for the Southern District of Mississippi. The Defendants are located in Pike County, Mississippi at the Pike County Detention Center which is located in the Jackson Division of this district. One of the defendants is the Pike County Sheriff. Accordingly, it is

ORDERED:

That this cause be transferred to the Jackson Division of the United States District Court for the Southern District of Mississippi. The Clerk of Court is directed to notify the Plaintiff in writing of the Jackson Division case number assigned to this action.

SO ORDERED this the   14th   day of May, 2008.


                                                             s/ Michael T. Parker
                                                             UNITED STATES MAGISTRATE JUDGE